IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| **WESTERN VISION SOFTWARE, L.C.,** a Utah corporation, <br><br>  Plaintiff, <br><br> v. <br><br> **PROCESS VISION, LLC; and JOHN DOES 1-10,** <br><br>  Defendant. | **MEMORANDUM DECISION AND ORDER** <br><br><br> **Case No. 1:12cv155** <br><br> **District Judge Robert J. Shelby** <br><br> **Magistrate Judge Paul M. Warner** |

This matter was referred to Magistrate Judge Paul M. Warner by District Judge Robert J. Shelby pursuant to 28 U.S.C. § 636(b)(1)(A).[1] Before the court is Western Vision Software, L.C.'s ("Plaintiff") motion for leave to amend its complaint.[2] Process Vision, LLC has not filed a memorandum in opposition to Plaintiff's motion, and the time for doing so has passed. *See* DUCivR 7-1(b)(4)(B); *see also* DUCivr 7-1(d) ("Failure to respond timely to a motion may result in the court's granting the motion without further notice.").

Under rule 15(a) of the Federal Rules of Civil Procedure, leave to amend pleadings "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a); *see also Foman v. Davis*, 371 U.S. 178, 182 (1962) (stating that the mandate of rule 15(a) "is to be heeded" and that "[i]n the

---

[1] *See* docket no. 15.

[2] *See* docket no. 19.

absence of any apparent or declared reason . . . the leave sought should, as the rules require, be 'freely given.'" (quoting Fed. R. Civ. P. 15(a)).  Based upon this lenient standard, and the fact that the motion is unopposed, **IT IS HEREBY ORDERED** that Plaintiff's motion for leave to amend its complaint is **GRANTED**.  Thus, Plaintiff shall file its proposed amended complaint no later than October 24, 2013.

    **IT IS SO ORDERED.**

    DATED this 3rd day of October, 2013.

BY THE COURT:

_____
PAUL M. WARNER
United States Magistrate Judge